1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. CATHY ANN BENCIVENGO )**

| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-00865-CAB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING JOINT |
| | ) | MOTION TO CONTINUE |
| CHRISTIAN ROBERT | ) | |
| CASTILLO (1), | ) | |
| DANIEL ALEXANDER | ) | |
| RODRIGUEZ (2), | ) | |
| | ) | |
| Defendants. | ) | |

_____

Upon joint motion filed and good cause shown,

IT IS HEREBY ORDERED the joint motion to continue as to both defendants is Granted.  The Motion Hearing/Trial Setting in this matter is continued from November 4, 2022, to December 16, 2022, at 10:30 a.m.  The time between November 4, 2022, through December 16, 2022, is excluded in computing the time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded

from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS FURTHER ORDERED acknowledgments from each defendant on bond, shall sign confirming the next court date and shall be filed no later than November 4, 2022.

IT IS SO ORDERED.

Dated: 11/3/2022

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge